**No. 44902.**—Protests 22515–K, etc., of Dan Brechner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel certain of the paperweights and tape measures in question were held dutiable at 40 percent under paragraph 339 and paperweights plated with silver at 50 percent under the same paragraph. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and Abstract 43372 followed.